Submitted on record and briefs March 3, vacated in part; otherwise affirmed May 10, 2000

DANNY RAILSBACK,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-05-28 795M; CA A107296)

3 P3d 172

Danny Railsback filed the brief *pro se.*

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Denise G. Fjordbeck, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Judgment requiring payment of court-appointed attorney fees vacated; otherwise affirmed. *Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999).